

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 1, 2020

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  **Re:** *United States v. Gregg Brie*, **20 Mag. 10484**

Dear Judge Smith:

  The Government writes to respectfully request that the Court unseal the above-referenced Complaint and related arrest warrant for Defendant Gregg Brie, as I have been advised that the Defendant has been arrested.

SO ORDERED 10/1/20

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: Shiva H. Logarajah
Assistant United States Attorney
Tel: (914) 993-1908

SO ORDERED:

_____
HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE