# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

<u>Via E-mail and ECF</u>

October 15, 2020

The Honorable Paul E Davison
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY  10601



Re:  U.S. v. Gregg Brie
      20 mj 10484

Dear Honorable Davison:

    I am writing in regard to Gregg Brie and to request a one-week extension to provide me with more time to file the confession of judgment paperwork relating to Mr. Brie's bond. As a reminder, Mr. Brie was released pursuant to a $250,000 bond that was to be secured by collateral. The bond has been signed by both Mr. Brie and his mother and the confession of judgment paperwork relating to the bond and the collateral was signed and notarized and a copy was provided to the Government. Unfortunately, I have not yet been able to file the confession of judgment paperwork with the Westchester County Clerk's office. I have been told that I need to utilize the state's electronic filing system, but thus far I have not been able to actually file the paperwork. Under these circumstances I am asking for a one-week extension (until October 21, 2020) to allow me with more time to file the confession of judgment.

    I have spoken to AUSA Shiva Logarajah and he does not object to this request.

    Thank you very much for your consideration.

Respectfully,

Benjamin Gold
Assistant Federal Defender

cc:  AUSA Shiva Logarajah

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.
10-15-20