# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124 Fax: (914) 997-6872

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

<u>Via E-mail and ECF</u>

December 8, 2020

Honorable Judith C. McCarthy
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York  10601

**SO ORDERED:**
Application granted.

_____Judith C. McCarthy_____ 12-8-2020
JUDITH C. McCARTHY
United States Magistrate Judge

Re:  United States v. Gregg Brie
      20 mj 10484

Dear Judge McCarthy:

I am writing to ask that Your Honor temporarily modify the terms of Mr. Brie's release so that he can travel to Binghamton, New York.  As background, Mr. Brie was charged with securities fraud and wire fraud on October 1, 2020.  On that same day, Mr. Brie was released pursuant to a $250,000 bond that was secured by his mother's interest in a cooperative apartment.

On behalf of Mr. Brie, I respectfully ask that Your Honor temporarily modify the terms of his release to allow him to travel to the Northern District of New York.  The purpose of this trip is to allow Mr. Brie to attend some medical appointments with his long-term significant other who lives in Binghamton, New York.  If approved, Mr. Brie would travel to Binghamton, New York on Wednesday, December 9, 2020 and he would return to Westchester on or before Sunday, December 13, 2020.

I have spoken to Assistant United States Attorney Shiva Logarajah and he does not object to this request.  I have also spoken to Andrew Abbott at Pretrial Services and he does not object to allowing Mr. Brie to travel to the Northern District for this trip.

Thank you very much for your consideration.

Sincerely,

Benjamin Gold
Assistant Federal Defender

cc:   AUSA Shiva Logarajah (SLogarajah@usa.doj.gov)
      Pretrial Officer Andrew Abbott (Andrew_Abbott@nyspt.uscourts.gov)