# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

Via E-mail and ECF

March 2, 2021

The Honorable Judith McCarthy
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

> **SO ORDERED:**
> Application granted.
>
> _____ 3-2-21
> JUDITH C. McCARTHY
> United States Magistrate Judge

    Re:    U.S. v. Gregg Brie
            20 mj 10484

Dear Honorable McCarthy:

    I am writing to ask that Your Honor temporarily modify the terms of Mr. Brie's release so that he can travel to Binghamton, New York to visit a friend.  As background, Mr. Brie was charged with securities fraud and wire fraud on October 1, 2020.  On that same day, Mr. Brie was released pursuant to a $250,000 bond that was secured by his mother's interest in a cooperative apartment.

    On behalf of Mr. Brie, I ask that Your Honor please temporarily modify the terms of Mr. Brie's release to allow him to travel to the Northern District of New York so that he may visit a friend who is having health issues.  If approved, Mr. Brie would travel to Binghamton on Wednesday, March 3rd and would return to Westchester on Friday, March 5th.  A similar trip was approved and took place without incident in December of 2020.

    I have spoken to Assistant United States Attorney Shiva Logarajah and he does not object to this request.  I have also spoken to Andrew Abbott at Pretrial Services and he does not object.

    Thank you very much for your consideration.

                                        Respectfully,

                                        Benjamin Gold
                                        Assistant Federal Defender

cc:    AUSA Shiva Logarajah
        Pretrial Officer Andrew Abbott