**Federal Defenders**
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

<u>Via E-mail and ECF</u>

March 24, 2021

The Honorable Judith McCarthy
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

Re:  U.S. v. Gregg Brie
     20 mj 10484

**SO ORDERED:**
Application granted.

*Judith C. McCarthy*   3-24-21
JUDITH C. McCARTHY
United States Magistrate Judge

Dear Honorable McCarthy:

I am writing to ask that Your Honor modify the terms of Mr. Brie's release so that he can travel, with advance approval from Pretrial, to the Northern District of New York. As background, Mr. Brie was charged with securities fraud and wire fraud on October 1, 2020. On that same day, Mr. Brie was released pursuant to a $250,000 bond that was secured by his mother's interest in a cooperative apartment. Under the terms of his release, Mr. Brie's travel was restricted to the Eastern and Southern Districts of New York.

On behalf of Mr. Brie, I ask that Your Honor please modify the terms of Mr. Brie's release to allow him to travel to the Northern District of New York. This would allow Mr. Brie to visit a friend who is having health issues without seeking judicial approval before each trip. Previously, Mr. Brie has twice sought judicial approval for such trips and both trips were approved and took place without incident.

I have communicated with Assistant United States Attorney Shiva Logarajah and he does not object to this request. I have also spoken to Andrew Abbott at Pretrial Services and he does not object.

Thank you very much for your consideration.

Respectfully,

Benjamin Gold
Assistant Federal Defender

cc:  AUSA Shiva Logarajah
     Pretrial Officer Andrew Abbott